|  | li s d |
|---|---|
| 1. barrell of powder . . . . . . . . . . . . . . . . . . . . . | £06:00:00 |
| 12$^{li}$ of Shott. 4$^s$ . . . . . . . . . . . . . . . . . . . . . | £00:04:00 |
| ½. doz of Spades . . . . . . . . . . . . . . . . . . . . . . . | £00:16:00 |
| 5. rowles of Tobacco. w$^a$ 100$^{li}$ at 4$^d$ ½. per$^{li}$ . . . . . . . . . | £01:17:06 |
| 2. barrells of Molasses . . . . . . . . . . . . . . . . . | £02:15:00 |
| 1. bagg of cotten N$^o$ 1. q$^t$ 184$^{li}$ . . . . . . . . . . . . . . | £04:19:08 |

June 24.

|  |  |
|---|---|
| 36. glasses . . . . . . . . . . . . . . . . . . . . . . . . . . | £01:04:00 |
| 1. Cuttace . . . . . . . . . . . . . . . . . . . . . . . . | £01:15:00 |
|  | £26:01:05 |

Errors Excepted per mee Ezekiel Fogg

| per Contra | Boston New-England. 1674. | Cred$^r$ |
|---|---|---|
| May 2. | | li s d |
| By Cash received from Cap$^t$ Thomas Frizell . . . . . . . . | £10:07:00 |
| By a discount with Arthur Mason for bread . . . . . . . . | £04:05:00 |
| By a paire of Stilliards from Cap$^t$ Frizell . . . . . . . . . . | £01:12:00 |
|  | £16:04:00 |
| Rest due to ballance per Contra . . . . . . . . . . . . | 09:17:05 |
| Summa | £26:01:05 |

Sworn in Court to bee a just & true acco$^t$ both of debt & Credit, being compared with his Booke January. 26. 1675 @

as Attests Is$^a$ Addington Cler.

The case was reviewed at the April session. See below, p. 685.]

### Shippen ag$^t$ Giffard &$^a$

Edward Shippen Attourny to Henry Ross plaint. ag$^t$ John Giffard & Ezekiel Fogg Defend$^{ts}$ The plaint. withdrew his action.

### Clarke agt Alden

Majo$^r$ Tho: Clarke plaint. ag$^t$ Jn$^o$ Alden Defend$^t$ in an action of the case for witholding Six thousand foote of Merchantable boards which hee had order to deliver unto Majo$^r$ Gen$^{ll}$ Leverett now Governo$^r$ in the yeare .1664. [358] for which s$^d$ Alden received his Freight Four pounds ten Shillings but hath not delivered the boards according to order; by which meanes J am kep't out of my boardes & mony which J paide him for the Freight to my damage about twenty Five pounds and other due damages according to attachm$^t$ dat. 19$^o$ 11$^{mo}$ 1675. . . . The Jury . . . founde for the plaint. that the s$^d$ Defend$^t$ John Alden do pay & deliver or cause to bee paide & delivered unto